365 P.2d 62

James E. GARRISON, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 6479.

Supreme Court of New Mexico.

Oct. 11, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of certiorari is denied for the reason the petition does not disclose facts warranting a review of the proceeding by certiorari.

365 P.2d 62

James A. RABURN, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 7024.

Supreme Court of New Mexico.

Oct. 11, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petition fails to allege sufficient fact to warrant the issuance of a writ of habeas corpus.